IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:25-CV-00371-KDB

| PEARL BUCHANAN, | |
|---|---|
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

In this Social Security Administration ("SSA") dispute, Plaintiff Pearl Buchanan alleges that her disability payments were improperly discontinued and that SSA has wrongly claimed that she owes it $3,000 in back pay.[1] Doc. No. 1 at 4. Plaintiff further alleges that she has appealed the determination, but that the outcome of her appeal has not been determined. *Id.* at 8. Now before the Court is Defendant Commissioner of Social Security's Motion to Dismiss (Doc. No. 6) Plaintiff's Complaint for lack of subject matter jurisdiction, or in the alternative, for failure to state a claim. Despite the Court issuing a *Roseboro* Order to Plaintiff, (Doc. No. 7), she has failed to respond and the time to do so has expired.

After a thorough review of Plaintiff's bare bones Complaint, the Court finds the Motion to have merit and adopts Defendant's jurisdictional reasoning in support of the motion. Accordingly, for good cause shown, the Court will **GRANT** the motion and dismiss the Complaint without prejudice for lack of subject matter jurisdiction.

---

[1] The Court notes that Plaintiff writes in nearly indecipherable cursive and respectfully suggests that any future communications with a court be typed for the Court's and her own benefit.

1

**NOW THEREFORE IT IS ORDERED THAT:**

1. Defendant's Motion to Dismiss (Doc. No. 6) is **GRANTED**; and

2. The Clerk is directed to close this matter in accordance with this Order.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 23, 2026

Kenneth D. Bell
United States District Judge

2

Case 1:25-cv-00371-KDB    Document 9    Filed 02/23/26    Page 2 of 2